DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## ATLANTIC TOBACCO CO. v. HONEYCUTT

No. 36P91

Case below: 101 N.C.App. 161

Petition by defendant (Joseph B. Honeycutt) for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

## BARBER v. BABCOCK & WILCOX CONSTRUCTION CO.

No. 131PA91

Case below: 98 N.C.App. 203

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 3 April 1991.

## BELL ARTHUR WATER CORP. v. N.C. DEPT. OF TRANSPORTATION

No. 76A91

Case below: 101 N.C.App. 305

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 3 April 1991.

## BRITT v. BRITT

No. 438P90

Case below: 99 N.C.App. 773

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

## BRITT v. SHARPE

No. 424P90

Case below: 99 N.C.App. 555

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.